CAMPBELL, FOLEY, DELANO & ADAMS, L.L.C.
Stephen J. Foley, Jr., Esq. 001211985
1599 HWY 34, BLDG. E.
P. O. Box 1570
WALL, NEW JERSEY 07719-1570
Telephone: (732) 775-6520
Attorneys for Defendant, NJM
Our File No. 41-41,485-FJR

---

| | |
|---|---|
| Plaintiff,<br>PENNSYLVANIA MANUFACTURERS ASSOCIATION INSURANCE COMPANY | UNITED STATES DISTRIC COURT FOR DISTRICT OF NEW JERSEY (Trenton Vicinage) |
| vs. | DOCKET NO: 3:25-cv-01384-GC-RLS |
| Defendant,<br>NEW JERSEY MANUFACTURERS INSURANCE COMPANY | CIVIL ACTION<br><br>NOTICE OF MOTION FOR SUMMARY JUDGMENT |

---

TO:  Robert J. Mulcahy, Esq.
     Wade Clark Mulcahy LLP
     1515 Market Street, Suite 2050
     Philadelphia, PA 19102

SIR/MADAM:

   PLEASE TAKE NOTICE, that on a date to be determined by the Court, not less than fourteen (14) days from the date of filing, at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard at the Court House, Trenton, New Jersey, the undersigned will move before the Honorable Georgette Castner, U.S.D.J., for an ORDER for summary judgment: (a) declaring that NJM has no obligation to reimburse plaintiff Pennsylvania Manufacturers Association Insurance Company ("PMAIC") for any portion of the amount ($450,000.00) contributed by PMAIC toward

the settlement of the underlying action of <u>Jamar Jones v. Joseph Zalescik and Capital Health System</u>, filed in the Superior Court of New Jersey, Law Division, Mercer County under docket number MER-1670-21; and (b) dismissing plaintiff PMAIC's Complaint against NJM with prejudice.

    IN SUPPORT OF THIS MOTION, the undersigned will rely upon the parties' Joint Statement of Material Facts, and the Declaration of Counsel and Legal Brief annexed hereto.

    It is respectfully requested that the Court rule on the motion based upon the attached documents and the oral arguments of counsel at such time as the Court shall order.

    A proposed form of Order granting the relief requested is submitted herewith.

                                       CAMPBELL, FOLEY, DELANO & ADAMS, LLC
                                          Attorneys for Defendant NJM

Dated: 11/24/2025                    Stephen J. Foley, Jr., Esq.